PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James Stanch　　　　　　　　　　　　Cr.: 06-84-01 & 06-571-01
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 44942

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 02/06/07

Original Offense: Distribution and Possession of a Schedule II Controlled Substance and Distribution and Possession of Narcotic Drugs, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

Original Sentence: 57 months imprisonment, followed by 3 years supervised release with special conditions for drug treatment, financial disclosure, DNA and to pay a total fine of $4,000

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 09/04/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number　　Nature of Noncompliance

1　　　　　　　　　The offender has made minimal fine payments due to the extent of the drug and mental health treatment needs, and his inability to be employed until October, 2011. The offender has paid $155 thus far, and has commenced making nominal monthly payments now that he is working. This term of supervision is scheduled to expire on September 3, 2012. The offender will not be able to pay the fine balance in full before that date.

U.S. Probation Officer Action:
The offender has been enrolled in drug and mental health treatment since his release from prison. The offender remained unemployed from the time of his release until October 15, 2011, while he addressed his intensive mental health treatment needs. On October 15, 2011, the offender obtained a position as part time auto parts delivery driver earning $7.85 per hour. The offender has been supported by his brother since his release. The U.S. Attorney's Office Financial Litigation Unit will enforce the collection of the fine beyond the expiration of supervision. We are respectfully recommending that Your Honor permit this term of supervised release to expire as scheduled despite the fine balance.

Respectfully submitted,
By: Steven Alfrey
Senior U.S. Probation Officer
Date: 07/12/12

*A response is necessary so that any action the court directs can be taken as follows:*

[✓] Supervision is Permitted to Expire as Scheduled with a Fine Balance on 9/3/2012
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/20/12
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

July 12, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr., Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

**RE: James Stanch**
Dkt. Nos.: 06-00084-001 & 06-00571-001
**NOTICE REGARDING UNPAID FINE**

Your Honor:

As Your Honor may recall, the above-noted offender appeared before the Court on June 14, 2006, and pled guilty to count one of a three count Information charging Distribution and Possession of a Schedule II Controlled Substance, in violation of 21: 841(a)(1) and (b)(1)(C) and 18: 2 on docket number 06-00084-001. On October 12, 2006, the offender appeared before the Honorable John J. Hughes, and pled guilty to count one of a four-count Information charging Distribution and Possession of Narcotic Drugs, in violation of 21: 841(a)(1) and (b)(1)(D) and 18:2 on docket number 06-00571-001. Subsequently, the offender appeared before Your Honor on February 6, 2007, and was sentenced to fifty seven months imprisonment, followed by three years supervised release with special conditions for drug testing and treatment, financial disclosure, no new credit, and DNA, on each docket number to run concurrently. The offender was also ordered to pay a total fine of $4,000.

The offender was released from imprisonment on September 4, 2009, to this district and he has been supervised here since that time without incident. The offender has resided with his brother in Westmont, New Jersey since his release. The offender has been enrolled in drug and mental health treatment since his release from prison. The offender remained unemployed from the time of his release until October 15, 2011, while he addressed his intensive mental health treatment needs. On October 15, 2011, the offender obtained a position as part time auto parts delivery driver earning $7.85 per hour. The offender has been supported by his brother since his release.

The offender has made minimal fine payments due to the extent of the drug and mental health treatment needs, and his inability to be employed until October, 2011. The offender has paid $155 thus far, and has commenced making nominal monthly payments now that he is working. This term of supervision is scheduled to expire on September 3, 2012. The offender will not be able to pay the fine balance in full before that date. The U.S. Attorney's Office Financial Litigation Unit will enforce the collection of the fine beyond the expiration of supervision.

We are respectfully recommending that Your Honor permit this term of supervised release to expire as scheduled despite the fine balance. We have enclosed the appropriate petition for Your Honor to indicate the Court's instructions.

Should Your Honor have any questions, the undersigned remains available at the Court's convenience and can be reached at (856) 757-5043.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Steven Alfrey
    Senior U.S. Probation Officer

SA/sa
Enclosure